NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

KA08-617

STATE OF LOUISIANA

VERSUS

CEDRIC LYNN SIAS

**********

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 265913
HONORABLE DONALD THADDEUS JOHNSON, JUDGE

**********

BILLY H. EZELL
JUDGE

**********

Court composed of Oswald A. Decuir, Billy H. Ezell, and James T. Genovese, Judges.

APPEAL DISMISSED.

Hon. James C. Downs
District Attorney, 9th JDC
701 Murray Street
Alexandria, LA 71301
(318) 473-6650
COUNSEL FOR APPELLEE:
 State of Louisiana

Paula Corley Marx
Louisiana Appellate Project
P.O. Box 80006
Lafayette, LA 70598-0006
(337) 991-9757
COUNSEL FOR APPELLANT:
 Cedric Lynn Sias

**Ezell, Judge.**

On December 10, 2002, a jury convicted the Defendant, Cedric Lynn Sias, of aggravated battery, in violation of La.R.S. 14:34.  On August 11, 2003, the district court adjudicated the Defendant to be a habitual offender and sentenced him to serve fifteen years at hard labor with credit given for time served.  On appeal, this court affirmed Defendant's conviction.  *State v. Sias*, 03-891 (La.App. 3 Cir. 12/10/03), 861 So.2d 829.

The Defendant filed a Motion for New Trial on March 25, 2008, which was denied by the trial court on the same date.  The Defendant filed a "Certificate of Appealibility" on April 1, 2008, asserting that he wished to appeal the trial court's denial of his Motion for New Trial.  The trial court subsequently granted the Defendant's request to file an appeal.

An appeal was lodged with this court on May 15, 2008.  On May 22, 2008, this court issued a rule to show cause why the appeal in this case should not be dismissed, as the judgment at issue is not appealable.  The Defendant failed to submit a response to the rule to show cause.  A judgment denying a Motion for New Trial is not appealable. *See State v. Jackson*, 362 So.2d 766 (La.1978).  Therefore, the appeal in this case is hereby dismissed.

**APPEAL DISMISSED.**